UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEVDARA, L.L.C., | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-2614 |
| | § | |
| WELLS FARGO BANK, N.A., | § § | |
| Defendant. | § § | |

| | | |
|---|---|---|
| NANIK BHAGIA, *et al*, | § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-3004 |
| | § | |
| WELLS FARGO BANK, N.A., | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is United States Magistrate Judge Francis Stacy's Memorandum and Recommendation (Doc. #36). The present cases were consolidated on March 6, 2017. As such, this Court referred both Motions to Dismiss to Judge Stacy for recommendation. In her Memorandum and Recommendation, Judge Stacy recommends granting both of Defendant's Motions to Dismiss (Docs. #15, 34). Having reviewed Judge Stacy's Memorandum and Recommendation and having received no objections, the Court ADOPTS Judge Stacy's Order.

Accordingly, the Motions to Dismiss are GRANTED, and both cases, 4:16-cv-2614 and 4:16-cv-3004, are hereby DISMISSED.

It is so ORDERED.

JUL 3 1 2017
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

1 / 1